AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
RODRIGUEZ HERNANDEZ, GIOVANNI A

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00329-AGH
Case No. GM1 E2279467
USM No.
JESSICA LEE
Defendant's Attorney

**THE DEFENDANT:** RODRIGUEZ HERNANDEZ, GIOVANNI A

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-5-20 | UNLICENSED DRIVER reduced to OCGA § 40-5-29(a) | 06/20/2026 | 1 |

☐ Count(s) ______________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 3703

Defendant's Year of Birth: 1996

City and State of Defendant's Residence:
COLUMBUS, GA

09/09/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

AMELIA G. HELMICK, US MAGISTRATE JUDGE
Name and Title of Judge

09/09/2026
Date